**FILED**
Aug 22 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ yeseniab   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '19 CR 3222 H |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 18, U.S.C., Sec. 242 – Deprivation of Rights Under Color of Law (misdemeanor) |
| JASON ANDREW MCGILVRAY, | |
| Defendant. | |

The United States Attorney charges:

On or about February 16, 2019, within the Southern District of California, defendant JASON ANDREW MCGILVRAY, while acting under color of law, as a United States Border Patrol Agent, struck B.S.S., willfully depriving him of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable use of force, in violation of Title 18, United States Code, Section 242.

DATED: August 13, 2019.

ROBERT S. BREWER, JR.
United States Attorney

OLEKSANDRA Y. JOHNSON
Assistant U.S. Attorney