AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Class A Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jason Andrew McGilvray | ) | Case No. 19CR3222-H |
| Defendant | ) | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A CLASS A MISDEMEANOR CASE
[Maximum Term of Imprisonment Greater Than Six Months But Not More Than One Year, 18 U.S.C. § 3581(b)(6)]

A United States Magistrate Judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The Magistrate Judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States District Judge or a United States Magistrate Judge.

I consent to being tried before a United States Magistrate Judge, and I waive my rights to trial, judgment, and sentencing by a United States District Judge.

*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

*Defendant's signature*

The United States consents to the jury-trial waiver:

*Government representative's signature*

*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

*Defendant's signature*

*Printed name of defendant's attorney (if any)*    *Signature of defendant's attorney (if any)*

Date: 8/22/2019    Approved by: _____
*Magistrate Judge's signature*

RECEIVED IN DOCKETING
AUG 2 6 2019