# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 19CR3222-H
  )   Amended
vs )   ABSTRACT OF ORDER
  )
  )   Booking No. _____
  )
Jason Andrew McGilvray )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __8/23/19__
the Court entered the following order:

_____ Defendant be released from custody.

___✓___ Defendant placed on supervised / (unsupervised probation) / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

___✓___ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

ANDREW G. SCHOPLER
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____  RECEIVED IN DOCKETING  JOHN MORRILL  Clerk
DUSM                      AUG 2 6 2019            by _____ ext. 6703
                                                   Deputy Clerk

Crim-9 (Rev. 8-11)                                 ★ U.S. GPO: 1996-783-398/40151

**CLERK'S COPY**